# EXHIBIT 1



TF-PA-504636



## The Universal Fund Pays 17% Net Return to Investors and Purchases High-Yielding Short-Term Debt

### Investment Overview

- Investors purchase notes in the Universal Fund
  - Investors paid 18% minus 1% management fee = 17% return
  - Rolling close – investors may purchase a series of notes through 2009
  - Key investor docs – Subscription Agreement, Accredited Investor Questionnaire, Note

- Proceeds used to purchase participations in bank loans – guaranteed by ThinkCash
  - Loans are short-term (4-24 months), high interest installment loans (87-334% APR)
  - Admin Agent purchases loans from Universal Fund 60 days past due at face value and funds a 10% reserve account
  - ThinkCash provides corporate guaranty

- 5 year term – early redemption of notes available quarterly
  - Investors can request early redemption on calendar quarters with 45 days advance notice
  - Notes paid off from principal payments on loan participations with expected payback approximately 6 months

3

CONFIDENTIAL – DO NOT COPY





## Universal Fund Payment Waterfall

Revenues = 220% APR

Less Payments (in order of priority):

1. Loan Losses (absorbed by Admin Agent) = 110%
2. Payments to FBD (net particip. fees and revenue share) = 10%
3. Interest Payments to Investors = 17%
4. Management Fee = 1%
5. Investor Interest Reserve = 10%

Excess = Cash Flow (Servicing Income) to Admin Agent

**Net Revenue After Losses and Payments to FBD =
6x Coverage of Investor Interest Payment**

5

CONFIDENTIAL – DO NOT COPY



## First Bank of Delaware Originates the Loans and ThinkCash Acts as Marketer and Administrative Agent

### Key Players



- Headquartered in Philadelphia, PA
- Established in 1999
- Revenues = $100MM+
- Employees = 70+
- Full-service, state chartered bank, member FDIC

**ThinkCash**

- Headquartered in Fort Worth, TX
- Established in 2001
- Revenues = $100MM+
- Employees = 200+
- Leading online consumer lender
- Investors include Sequoia Capital & Technology Crossover Ventures

### Universal Fund II

- Delaware LLC – single member
- Exclusive charter is to purchase participations in FBD loans
- First fund successfully managed



6
CONFIDENTIAL – DO NOT COPY





## ThinkCash Installment Loans Bridge Consumers from Payday Loans to More Mainstream Installment Loans





# The Loan APR Drops as the Offered Loan Amount Increases Based on Creditworthiness

## Product Description

| Max Loan Amount | Term Rate | Daily Rate | Bi-weekly Term | Bi-weekly Payment | Semi-Monthly Term | Semi-Monthly Payment | Monthly Term | Monthly Payment |
|---|---|---|---|---|---|---|---|---|
| 250 | 334% | 0.9151 | 8 | 51.76 | 8 | 53.18 | 4 | 111.35 |
| 500 | 334% | 0.9151 | 12 | 83.78 | 12 | 86.98 | 6 | 180.47 |
| 600 | 311% | 0.8521 | 12 | 96.55 | 12 | 100.08 | 6 | 207.49 |
| 700 | 288% | 0.7890 | 12 | 108.06 | 12 | 111.81 | 6 | 231.62 |
| 800 | 260% | 0.7123 | 24 | 88.85 | 24 | 93.74 | 12 | 191.37 |
| 900 | 240% | 0.6575 | 24 | 94.23 | 24 | 99.24 | 12 | 202.56 |
| 1000 | 220% | 0.6027 | 30 | 92.52 | 30 | 97.93 | 15 | 199.14 |
| 1100 | 200% | 0.5479 | 30 | 94.69 | 30 | 110.01 | 15 | 203.33 |
| 1200 | 180% | 0.4932 | 30 | 95.78 | 30 | 100.89 | 15 | 205.10 |
| 1300 | 170% | 0.4658 | 36 | 94.50 | 36 | 99.97 | 18 | 202.72 |
| 1400 | 160% | 0.4384 | 36 | 97.33 | 36 | 102.80 | 18 | 208.45 |
| 1500 | 149% | 0.4082 | 42 | 94.92 | 42 | 100.56 | 21 | 203.53 |
| 1600 | 139% | 0.3808 | 42 | 96.15 | 42 | 101.68 | 21 | 205.79 |
| 1700 | 129% | 0.3534 | 42 | 96.85 | 42 | 102.21 | 21 | 206.85 |
| 1800 | 119% | 0.3260 | 48 | 93.08 | 48 | 98.45 | 24 | 198.95 |
| 1900 | 109% | 0.2986 | 48 | 92.36 | 48 | 97.45 | 24 | 196.91 |
| 2000 | 99% | 0.2712 | 48 | 91.18 | 48 | 95.93 | 24 | 193.82 |
| 2100 | 98% | 0.2685 | 48 | 95.12 | 48 | 100.05 | 24 | 202.13 |
| 2200 | 97% | 0.2658 | 48 | 99.01 | 48 | 104.11 | 24 | 210.32 |
| 2300 | 96% | 0.2630 | 48 | 102.81 | 48 | 108.07 | 24 | 218.33 |
| 2400 | 90% | 0.2466 | 48 | 103.07 | 48 | 108.14 | 24 | 218.43 |
| 2500 | 87% | 0.2384 | 48 | 105.20 | 48 | 110.26 | 24 | 222.70 |

CONFIDENTIAL – DO NOT COPY

FIRST BANK OF DELAWARE ThinkCash

# How we differ from a typical payday loan?

| | $750 Installment Loan | | $750 Payday Loan * | | |
|---|---|---|---|---|---|
| Week 2 | Pmt. 1 | $85.42 | Rollover 1 | $150.00 | |
| Week 4 | Pmt. 2 | $85.42 | Rollover 2 | $150.00 | |
| Week 6 | Pmt. 3 | $85.42 | Rollover 3 | $150.00 | |
| Week 8 | Pmt. 4 | $85.42 | Rollover 4 | $150.00 | |
| Week 10 | Pmt. 5 | $85.42 | Payoff and Re-Advance | $900.00 | $750 |
| Week 12 | Pmt. 6 | $85.42 | Rollover 1 | $150.00 | |
| Week 14 | Pmt. 7 | $85.42 | Rollover 2 | $150.00 | |
| Week 16 | Pmt. 8 | $85.42 | Rollover 3 | $150.00 | |
| Week 18 | Pmt. 9 | $85.42 | Rollover 4 | $150.00 | |
| Week 20 | Pmt. 10 | $85.42 | Payoff and Re-Advance | $900.00 | $750 |
| Week 22 | Pmt. 11 | $85.42 | Rollover 1 | $150.00 | |
| Week 24 | Pmt. 12 | $85.42 | Rollover 2 | $150.00 | |
| Week 26 | Pmt. 13 | $85.42 | Rollover 3 | $150.00 | |
| Week 28 | Pmt. 14 | $85.42 | Rollover 4 | $150.00 | |
| Week 30 | Pmt. 15 | $85.42 | Payoff and Re-Advance | $900.00 | $750 |
| Week 32 | Pmt. 16 | $85.42 | Rollover 1 | $150.00 | |
| Week 34 | Pmt. 17 | $85.42 | Rollover 2 | $150.00 | |
| Week 36 | Pmt. 18 | $85.42 | Rollover 3 | $150.00 | |
| Week 38 | Pmt. 19 | $85.42 | Rollover 4 | $150.00 | |
| Week 40 | Pmt. 20 | $85.42 | Payoff and Re-Advance | $900.00 | $750 |
| Week 42 | Pmt. 21 | $85.42 | Rollover 1 | $150.00 | |
| Week 44 | Pmt. 22 | $85.42 | Rollover 2 | $150.00 | |
| Week 46 | Pmt. 23 | $85.42 | Rollover 3 | $150.00 | |
| Week 48 | Pmt. 24 | $85.42 | Payoff | $900.00 | |
| | Net Repayment | $2,050.08 | Net Repayment | $4,350.00 | |
| | APR | 268.01% | APR | 521.43% | |

\* Note – sample represents $20 per every $100
lent assumes customer rolls over loan throughout
a 12 month period

| Total Interest | $1,300.08 | Total Interest | $3,600.00 |
|---|---|---|---|

CONFIDENTIAL – DO NOT COPY

FIRST BANK OF DELAWARE   ThinkCash



TF-PA-504648



## ...And Over $100MM in Loans Have Been Originated Since Inception

### Key Portfolio Statistics

- Loans originated = $100 MM+
- Loan customers = 150,000+

- 2007 finance charges = $24MM
- 2007 losses = $12MM
- 2008 finance charges = $62MM
- 2008 losses = $32MM

- Average loan size = $700
- Average loan term = 10 months
- Average payment default rate = < 10%
- Average cure/collections rates > 50%

- Net yield on outstandings = 100%+ APR

15
CONFIDENTIAL – DO NOT COPY







## Payment Default Rates Drop Over Time and Have Not Shown Signs of Erosion Due to the Economy



18
CONFIDENTIAL – DO NOT COPY





## Overview of Risks

| Risk | Potential Impact | Mitigating Factors |
|---|---|---|
| Regulatory/Legal (FDIC or state/ federal legislation changes or lawsuits) | ▪ Potential for early termination of program<br>▪ Litigation may raise costs of loan program | ▪ No history of FDIC or state/federal legislation changes impacting loan collectability<br>▪ Admin Agent pays any litigation costs |
| Loan Performance (credit quality erosion) | ▪ Reduced loan portfolio yields | ▪ Significant portfolio history<br>▪ Current portfolio yield>100%<br>▪ Admin Agent guaranty |
| Admin Agent (default or bankruptcy) | ▪ Breach of guaranty<br>▪ Potential for early termination of program | ▪ Strong TC financials ($30MM+)<br>▪ 10% reserve account<br>▪ High yielding portfolio |

21
CONFIDENTIAL – DO NOT COPY



## Overview of Risks (cont.)

| Risk | Potential Impact | Mitigating Factors |
|---|---|---|
| Bank (failure) | • Early termination of program | • Strong bank financials<br>• Loans continue to be collectable<br>• Bank has outsourced servicing |
| Early Termination (due to regulatory changes, credit quality erosion, admin agent or bank default) | • Accelerated payback of investor funds | • Early termination does not reduce investor returns on deployed capital |

**Please Read the PPM for a Full Description of Risks**

22
CONFIDENTIAL – DO NOT COPY



