IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| **KIMETRA BRICE, et al.,** *individually and on behalf of a class of themselves and all individuals similarly situated,*   **Plaintiffs,**   v.   **KENNETH REES, at al.**   **Defendants.** | :<br>:<br>:<br>:<br>:<br>:   Case No. 3:18-cv-01867-N<br>:<br>:<br>:<br>:<br>: |

**AGREED ORDER GRANTING MOTION PURSUANT TO NORTHERN DISTRICT OF TEXAS MISC. ORDER NO. 33 TO REFER THE ABOVE-CAPTIONED CASE TO BE ADJUDICATED BY JUDGE HARLAN D. HALE OF THE U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS**

Having considered the agreed motion of the parties to the above-captioned lawsuit, seeking an Order referring this matter to the United States Bankruptcy Court for the Northern District of Texas pursuant to 28 U.S.C. § 157 and Misc. Order No. 33 for the United States District Court for the Northern District of Texas, as well as the exhibits annexed thereto, this Court is of the opinion that the parties' motion is due to be GRANTED.  Accordingly, it is

ORDERED that this matter is REFERRED to Judge Harlan D. Hale of the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, to be adjudicated as a matter related to the consolidated Chapter 11 Bankruptcy of Think Finance LLC, Chapter 11 Case No. 17-33964, and it is further

ORDERED that the Clerk of this Court and the Clerk of the Bankruptcy Court to which this case is hereby referred are directed to take such actions as are necessary and appropriate to cause this matter to be docketed as an Adversary Proceeding associated with the consolidated Chapter 11 Bankruptcy of Think Finance LLC, Chapter 11 Case No. 18-3025.

Signed August 3, 2018.

_____
David C. Godbey
United States District Judge

Prepared by:

*/s/ Theodore O. Bartholow*
KELLETT & BARTHOLOW PLLC
Theodore O. Bartholow, III ("Thad")
Texas Bar No. 24062602
Karen L. Kellett
Texas Bar No. 11199520
11300 N. Central Expy., Ste 301
Dallas, Texas 75243
Phone: (214) 696-9000
Fax: (214) 696-9001

*Counsel for Plaintiffs*

Agreed to in form by:

*/s/ Mark Holden*
Mark Holden (TX Bar No. 24092531)
Kirkland and Ellis LLP
609 Main Street
Houston, TX 77002
(713) 836-3600
Fax: (713) 836-3601
Email: mark.holden@kirkland.com



*/s/ Jonathan Boughrum*
David F. Herman
Jonathan Boughrum
Richard L. Scheff
Montgomery McCracken Walker & Rhoads LLP
Avenue of the Arts
123 S Broad Street
Philadelphia, PA 19109
215-772-1500
Fax: 215-772-7620
Email: dherman@mmwr.com
Email: jboughrum@mmwr.com
Email: rscheff@mmwr.com

Daniel R. Fong

Sheppard Mullin Richter and Hampton LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
415-774-2923
Email: dfong@sheppardmullin.com

*Counsel for Defendant Kenneth Rees*